No. 582.   RANCE ET AL. *v.* SPERRY & HUTCHINSON Co. Sup. Ct. Okla.   Certiorari denied.   MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *John H. Cantrell* for petitioners. *Samuel M. Lane, Claus Motulsky* and *G. M. Fuller* for respondent.

No. 116, Misc.   BROOKS *v.* ILLINOIS.   Sup. Ct. Ill. Certiorari denied.   Petitioner *pro se.   William G. Clark,* Attorney General of Illinois, and *Richard A. Michael,* Assistant Attorney General, for respondent.

No. 125, Misc.   CALHOUN *v.* PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.   *Robert Jay Nye* for petitioner.   *William G. Clark,* Attorney General of Illinois, *Daniel P. Ward* and *Elmer C. Kissane* for respondent.

No. 155, Misc.   DAVIS *v.* MARYLAND.   Ct. App. Md. Certiorari denied.   *Raymond S. Smethurst* for petitioner. *Thomas B. Finan,* Attorney General of Maryland, for respondent.

No. 252, Misc.   BROWN *v.* WEST VIRGINIA.   Sup. Ct. App. W. Va.   Certiorari denied.   Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, *Leo Catsonis,* Assistant Attorney General, and *Charles M. Walker* for respondent.

No. 427, Misc.   SIBLEY *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.